IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY G. BROWN | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 22-511 |
| | ) | |
| v. | ) | District Judge David S. Cercone |
| | ) | Magistrate Judge Maureen P. Kelly |
| WASHINGTON COUNTY DISTRICT ATTORNEY; *and* JEFFREY S. FEWELL, *Warden*, | ) ) ) | Re: ECF No. 6 |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

Petitioner Gregory G. Brown ("Petitioner") was, at the time of filing, detained at the Washington County Jail in Washington, Pennsylvania.[1] Petitioner submitted a self-styled "Informal Habeas Lawsuit" (the "Petition"), which was received by this Court on March 31, 2022. ECF No. 2. The Petition was submitted without filing fee or a motion for leave to proceed *in forma pauperis*. It appears that Petitioner sought relief from the conditions of his confinement through a habeas petition pursuant to 28 U.S.C. § 2241.

On October 13, 2022, United States Magistrate Judge Maureen Kelly issued a Report and Recommendation recommending that this case be dismissed pre-service due to Petitioner's failure to prosecute. See ECF No. 6. As of the date of this writing, Petitioner has not filed objections to the Report and Recommendation.

---

[1] It appears that Petitioner no longer is held at Washington County Jail. Instead, according to the public record, Petitioner now appears to be a convicted prisoner currently held at the State Correctional Institution at Greene ("SCI-Greene") in Waynesburg, Pennsylvania. At no point in this litigation has Petitioner bothered to inform this Court of his change of status or address.

Accordingly, after *de novo* review of the pleadings and documents in the case, together with the Petition, ECF No. 2, and the Report and Recommendation, ECF No. 6, the following order is entered:

AND NOW, this 10th day of January, 2023,

IT IS ORDERED that this case is DISMISSED.

IT FURTHER IS ORDERED that a certificate of appealability is DENIED.

The Report and Recommendation, ECF No. 6, as supplemented by this Order, is adopted as the opinion of this Court.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if Petitioner wishes to appeal from this Order he must file a notice of appeal within 30 days, as provided in Rule 3 of the Federal Rules of Appellate Procedure, with the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219.  Petitioner is referred to Rule 22 of the Federal Rules of Appellate Procedure and to 3d Cir. L.A.R. 22.1 for the timing requirements for applying for a certificate of appealability from the Court of Appeals (available at https://www2.ca3.uscourts.gov/legacyfiles/2011_LAR_Final.pdf).

                    s/David Stewart Cercone
                    David Stewart Cercone
                    Senior United States District Judge

cc:   The Honorable Maureen P. Kelly
      United States Magistrate Judge

      Gregory G. Brown
      7255R
      SCI-Greene
      169 Progress Drive
      Waynesburg, PA 15370